## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Hebron Auto Sales
                          Plaintiff,

v.                                                       Case No.: 1:07−cv−07081
                                                       Honorable Virginia M. Kendall

Zak Mohammed, et al.
                          Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 16, 2008:

      MINUTE entry before the Honorable Virginia M. Kendall:Status hearing held and continued to 7/8/2008 at 09:00 AM. Counsel for plaintiff is given to 7/1/2008 to file and notice for hearing a motion to withdraw.Mailed notice(jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.