IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| HEBRON AUTO SALES, An Illinois Corporation, <br><br> Plaintiff <br><br> v. <br><br> MR. ZAK MOHAMMED, An Individual ALLSTAR HAULING a/b/a ALLSTAR AUTOMOTIVE <br><br> Defendants. | Case No. 07 C 7081 <br><br> Judge Kendall <br><br> Magistrate Judge Cox |

## MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF

Pursuant to N.D. Ill. L.R. 83.17 and Rule 1.16 of the Illinois Rules of Professional Conduct, Michael E. Rediger hereby presents his Motion to Withdraw as Counsel for Plaintiff and in support of his Motion states as follows:

1. Michael E. Rediger filed an appearance on behalf of Plaintiff on December 17, 2007.

2. Due to Plaintiff's total lack of cooperation, Michael E. Rediger is no longer able to provide effective assistance of counsel.

3. Michael E. Rediger has mailed a copy of this Motion to Plaintiffs via Certified Mail at their last known address in order to avoid foreseeable prejudice to Plaintiff by giving notice to Plaintiff his intention to withdraw in order to allow Plaintiff to retain other counsel.

4. Michael E. Rediger will return all documents to Plaintiff.

WHEREFORE, Michael E. Rediger respectfully requests that he hereby be granted leave to withdraw his appearance as counsel for Plaintiff, Hebron Auto Sales.

Respectfully Submitted,

_____
Michael E. Rediger

Michael E. Rediger
The Law Office of Michael E. Rediger, P.C.
217 N. Jefferson St., Suite 602
Chicago, IL 60661
312-644-0939 (phone)
312-577-0825 (fax)
Attorney No. 38943