IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| HEBRON AUTO SALES, An Illinois Corporation, <br><br> Plaintiff <br><br> v. <br><br> MR. ZAK MOHAMMED, An Individual ALLSTAR HAULING a/b/a ALLSTAR AUTOMOTIVE <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 07 C 7081 <br> ) <br> ) Judge Kendall <br> ) <br> ) Magistrate Judge Cox <br> ) <br> ) |

## NOTICE OF MOTION

TO:  Hebron Auto Sales
     701 East Jackson
     Joliet, IL 60432

On July 8, 2008 at 9:00 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Kendall, Room 2319 at the Dirksen Federal Building, 219 S. Dearborn, Chicago, Illinois and shall then and there present the attached **Motion for Leave to Withdraw as Counsel for Plaintiff.**

_Michael E. Rediger_

Michael E. Rediger
The Law Office of Michael E. Rediger, P.C.
217 N. Jefferson St., Suite 602
Chicago, IL 60661
(312) 644-0939
Attorney No. 38943

## PROOF OF SERVICE BY MAIL

The Undersigned, an attorney, on oath state that I served this Notice and Motion by mailing a copy via Certified Mail to the above-named parties at their respective addresses by depositing the same in the U. S. Mail at 5:00 p.m. on ___6/17/08___, with proper postage prepaid.

_Michael E. Rediger_