UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Hebron Auto Sales

                    Plaintiff,

v.                                       Case No.: 1:07−cv−07081
                                                         Honorable Virginia M. Kendall

Zak Mohammed, et al.

                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 8, 2008:

      MINUTE entry before the Honorable Virginia M. Kendall: Motion hearing held. Plaintiff's motion to withdraw as attorney[11] is withdrawn. Status hearing held and continued to 7/22/2008 at 09:00 AM. Plaintiff shall file and notice for hearing on 7/22/2008 a motion for default judgment.Advised in open court (jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.