**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Hebron Auto Sales
                Plaintiff,

v.                                         Case No.: 1:07−cv−07081
                                          Honorable Virginia M. Kendall

Zak Mohammed, et al.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 22, 2008:

      MINUTE entry before the Honorable Virginia M. Kendall:Plaintiff fails to appear or file a motion for default judgment as directed on 7/8/2008. Status hearing is reset for 7/29/2008 at 09:00 AM. Plaintiff is directed to file and notice for hearing on 7/29/2008 a motion for default judgment.Mailed notice(jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.