IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Hebron Auto Sales,  )<br>  )<br>        Plaintiff      )<br>   v.                      )<br>  )<br>Mr. Zak Mohammed;  )<br>Allstar Hauling a/b/a Allstar Automotive  )<br>  )<br>        Defendant.  ) | Case No. 07 C 07081 |

**MOTION FOR DEFAULT JUDGMENT PURSUANT TO F.R.C.P. 55 (b)(2)**

Now Comes the Plaintiff, Hebron Auto Sales ("Hebron") by and through its attorney, Michael E. Rediger, and moves this Honorable Court for the entry of a Default Judgment against Defendants, Mr. Zak Mohammed, individually, and Allstar Automotive, Inc. ("Defendants") pursuant to F.R.C.P. 55 (b)(2) and in support of said Motion, Plaintiff states as follows:

1. A Complaint was filed in this cause of action on December 17, 2007. (A copy of the Complaint is attached as Exhibit A).

2. The Defendants were properly served by personal service on April 28th, 2008. (An Affidavit of Service is attached as Exhibit B).

3. The Defendants have failed to file an Appearance or Answer to Plaintiff's Complaint.

4. Pursuant to the Agreement entered into by the parties and as pled in the complaint, the Plaintiff is entitled to $86,000.00  (see also Invoice attached as Exhibit C setting out 8 vehicles taken by Defendants each valued at $10,000.00)

5. Consequently, the Plaintiff, Hebron Auto Sales, requests that this Court enter an order of default judgment in the amount of $86,00.00 against the Defendants,

1

Mr. Zak Mohammed individually and Allstar Automotive, Inc.

6. WHEREFORE, Plaintiff, Hebron Auto Sales, prays for the entry of a default judgment against the Defendants, Mr. Zak Mohammed individually and Allstar Automotive, Inc in the amount of $86,00.00

        Respectfully Submitted,
        Hebron Auto Sales

        s:/ Michael E. Rediger

By:_____

        Its Attorney, Michael E. Rediger

Michael E. Rediger
The Law Office of Michael E. Rediger
217 N. Jefferson St, Suite 602
Chicago, IL 60661
Ph. (312) 644-0939
Attorney No. 38943