<u>Illinois</u>

## United States District Court
## Northern District of Illinois

Hebron Auto Sales

Case No: CL 06-9272

vs

Mr. Zak Mohammed, an individual
Allstar Hauling a/d/a Allstar Automotive

Type Of Service
Personal

### AFFIDAVIT

State of Virginia
Stephen Sharp
Walkers Court Services, P.O. Box 944, Stafford, VA 22555
Telephone Number 703-615-3401
appeared before me the undersigned Notary Public, who after being duly sworn, made oath and affidavit as follows:
1. That he is eighteen years of age or older.
2. The he is not a party to or otherwise interested in the subject matter in controversy.
3. That he, on Monday 28th of April 2008. Served Mr. Zak Mohammed located at 15870 Montview Drive, Dumfries, VA

Subpoena In A Civil Case
(Copies Attached)

The circumstances of service were as follows: Mr. Zak Mohammed was served in person at 11:05a.m.

*Stephen Sharp*
Stephen Sharp

Commonwealth of Virginia: In The County of Fairfax

Sworn to and subscribed before me this 29th day of April 2008.

*Karla A Hadberg*
Notary Public

Notary Expires: August 31, 2009

