

**ALLSTAR HAULING**
PO BOX 79
RUBY, VA 22545

*Invoice*

Date  7/3/2007
Invoice #  225

**Bill To**

Sunship International
6815 W. 95th Street
Suite # 1
Oaklawn, IL 60453

*Sam,*
*Please lets pay them.*
*they will be picking*
*up thursday!*
*Call me when your free*

| Terms | Due on receipt | | Del. Date | 7/3/2007 |
|-------|----------------|--|-----------|----------|

| Item | Description | Qty | Price | Amount |
|------|-------------|-----|-------|--------|
| Transport | TRANSPORT 8 VEHICLES FROM GREATER CHICAGO TO BALTIMORE, MD<br>1999 JEEP GRAND CHEROKEE VIN # 669296<br>2003 FORD EXCURSION VIN # A78873<br>2003 FORD CROWN VICTORIA VIN # 151014<br>1997 MERCURY GRAND MARQUIS VIN # 660471<br>2003 GMC YUKON VIN # 108447<br>2002 MERCURY GRAND MARQUIS VIN # 615974<br>2006 MERCURY GRAND MARQUIS VIN # 640843<br>2001 MERCURY GRAND MARQUIS VIN # 714568<br><br>PLEASE WIRE THE PAYMENT VIA THE FOLLOWING INSTRUCTIONS:<br>BANK NAME: BANK OF AMERICA<br>BANK ROUTING NUMBER: 026009593<br>BANK ACCOUNT # 435004343820<br>NAME OF ACCOUNT: ALLSTAR AUTOMOTIVE AND AUTO BODY INC.<br>STATE OPENED: VIRGINIA | 8 | 275.00 | 2,200.00 |

*3316*

*Paid check no. 3289 + Check STOP Payment*
*on 07-07-07        on 07-14-07*

Total                    $2,200.00

*Send to Them another Check New check no.*

**ALLSTAR HAULING**
allstarhaul@peoplepc.com
www.allstarhaul.com

703-475-3716
Fax 540-752-5654