**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| HEBRON AUTO SALES, An Illinois Corporation, | ) ) ) | |
| Plaintiff | ) ) | |
| v. | ) ) | Case No. 07 C 7081 |
| MR. ZAK MOHAMMED, An Individual ALLSTAR HAULING a/b/a ALLSTAR AUTOMOTIVE | ) ) ) ) | Judge Kendall Magistrate Judge Cox |
| Defendants. | ) ) | |

**NOTICE OF MOTION**

TO:    Mr Zak Mohammed
       Allstar Automotive, Inc.
       15870 Montview Drive,
       Dumfries, VA

On July 29, 2008 at 9:00 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Kendall, Room 2319 at the Dirksen Federal Building, 219 S. Dearborn, Chicago, Illinois and shall then and there present the attached **Motion for  Entry of Default Judgment**

s/:Michael E. Rediger
_____
Michael E. Rediger

The Law Office of Michael E. Rediger, P.C.
217 N. Jefferson St., Suite 602
Chicago, IL 60661
(312) 644-0939
Attorney No. 38943

**PROOF OF SERVICE BY MAIL**

The Undersigned, an attorney, on oath state that I served this Notice and Motion by mailing a copy via Certified Mail to the above-named parties at their respective addresses by depositing the same in the U. S. Mail at 5:00 p.m. on July 22, 2008, with proper postage prepaid.

s/:Michael E. Rediger
_____
Michael E. Rediger