## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Hebron Auto Sales

                      Plaintiff,

v.                                                  Case No.: 1:07−cv−07081
                                                  Honorable Virginia M. Kendall

Zak Mohammed, et al.

                      Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 29, 2008:

      MINUTE entry before the Honorable Virginia M. Kendall: Defendants fail to appear. Motion hearing held. Plaintiff's motion for default [16] is granted (draft order to follow) Status hearing held and continued to 8/12/2008 at 09:15 AM for prove up.Mailed notice(jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.